## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hartsfield, Cheryl L | Case Number:  07 B 18165 |
| | Judge:  Squires, John H |
| Printed:  9/3/08 | Filed:  10/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  July 23, 2008
Confirmed:  November 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,216.00 | |
| Secured: | | 8,289.04 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,321.29 |
| Trustee Fee: | | 605.67 |
| Other Funds: | | 0.00 |
| Totals: | 11,216.00 | 11,216.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Paul M Bach | Administrative | 2,321.29 | 2,321.29 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Prime Acceptance Corporaton | Secured | 0.00 | 0.00 |
| 4. | Taleris Credit Union | Secured | 2,535.61 | 100.00 |
| 5. | Internal Revenue Service | Secured | 30,100.00 | 1,778.54 |
| 6. | Countrywide Home Loans Inc. | Secured | 108,491.03 | 6,410.50 |
| 7. | RoundUp Funding LLC | Unsecured | 62.75 | 0.00 |
| 8. | B-Real LLC | Unsecured | 50.81 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 10.12 | 0.00 |
| 10. | Capital One | Unsecured | 124.56 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 245.00 | 0.00 |
| 12. | Taleris Credit Union | Unsecured | 95.76 | 0.00 |
| 13. | Prime Acceptance Corporaton | Unsecured | 71.86 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 84.53 | 0.00 |
| 15. | Midland Credit Management | Unsecured | 72.88 | 0.00 |
| 16. | AmeriCash Loans, LLC | Unsecured | 263.07 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 55.70 | 0.00 |
| 18. | Swiss Colony | Unsecured | 24.95 | 0.00 |
| 19. | Seventh Avenue | Unsecured | 51.19 | 0.00 |
| 20. | Ginny's | Unsecured | 41.19 | 0.00 |
| 21. | Midnight Velvet | Unsecured | 120.71 | 0.00 |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | 260.00 | 0.00 |
| 23. | Nicor Gas | Unsecured | 230.52 | 0.00 |
| 24. | I C Systems Inc | Unsecured | 7.94 | 0.00 |
| 25. | Internal Revenue Service | Unsecured | 5,674.81 | 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hartsfield, Cheryl L

Printed:  9/3/08

Case Number:  07 B 18165
Judge:  Squires, John H
Filed:  10/4/07

| | | | |
|---|---|---|---|
| 26.  Cingular Wireless | Unsecured | | No Claim Filed |
| 27.  Direct Tv | Unsecured | | No Claim Filed |
| 28.  Village Of Orland Park | Unsecured | | No Claim Filed |
| 29.  Corporate America Family CU | Unsecured | | No Claim Filed |
| 30.  Gemini Plumbing Co Inc | Unsecured | | No Claim Filed |
| 31.  Corporate America Family CU | Unsecured | | No Claim Filed |
| 32.  Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 33.  Illinois State Tollway | Unsecured | | No Claim Filed |
| 34.  La Redoute | Unsecured | | No Claim Filed |
| 35.  Lerners | Unsecured | | No Claim Filed |
| 36.  World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 37.  Village Of Olympia Fields | Unsecured | | No Claim Filed |
| 38.  Numark Credit Union | Unsecured | | No Claim Filed |
| 39.  Lerners | Unsecured | | No Claim Filed |
| 40.  La Redoute | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 150,996.28 | $ 10,610.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 605.67 |
| | _____ |
| | $ 605.67 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____